Opinion issued April 10, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00636-CV






WILLIAM R. HOGE, JR., Appellant


V.


ANTHONY P. GRIFFIN AND ANTHONY P. GRIFFIN, P. C., Appellee






On Appeal from the 56th District Court 

Galveston County, Texas

Trial Court Cause No. 2004CV1201






MEMORANDUM OPINION Appellant William R. Hoge, Jr. has failed to timely file a brief. See Tex. R.
App. P. 38.8(a) (failure of appellant to file brief). After being notified that this appeal
was subject to dismissal, appellant did not adequately respond. See Tex. R. App. P.
42.3(b) (allowing involuntary dismissal of case).

 The appeal is dismissed for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Alcala.